RICHARD TAMOR
TAMOR & TAMOR
ATTORNEYS AT LAW
 The Sierra Building
 311 Oak Street, Suite 108
 Oakland, CA  94607
 Telephone:  (415) 655-1969
 Fax:  (415) 887-7658
 E-Mail:  rtamor@TamorLaw.com
*Attorneys for Oliver Henderson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>OLIVER HENDERSON,<br><br>　　　Defendant. | CASE NO.  CR 16 00142 KAW<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING FROM SEPTEMBER 7, 2017 TO NOVEMBER 2, 2017 |

## **STIPULATION**

IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

1. After a bench trial, this Court rendered a guilty verdict in this matter on June 13, 2017.  Doc. # 43.

2. In the Court's verdict, the Court directed the defense to contact the U.S. Probation Office within 14 days for the preparation of a Pre-Sentence Report.

3. Undersigned Counsel for Mr. Henderson contacted the U.S. Probation Office on the next business day June 14, 2017.

4. On June 20, 2017, the U.S. Probation Office assigned Deputy U.S. Probation Officer, Charlie Mabie, to prepare a Pre-Sentence Report to aid this Court in

fashioning an appropriate sentence for Mr. Henderson.

5. On several occasions, undersigned counsel for Mr. Henderson reached out to U.S. Probation Officer Charlie Mabie to schedule an interview of Mr. Henderson. Similarly, on several occasions, U.S. Probation Officer, Charlie Mabie, reached out to undersigned counsel for Mr. Henderson to schedule an interview with Mr. Henderson.

6. During mid to late June 2017 to the end of July 2017, Mr. Henderson's mother in law began to suffer a series of illnesses and hospitalizations which eventually lead to his mother in law passing away on July 29, 2017.

7. Because of undersigned defense counsel's, U.S. Probation Officer Charlie Mabie's, and Mr. Henderson's schedules and availability during this time period, the U.S. Probation Office was not able to interview Mr. Henderson until September 5, 2017.

8. Accordingly, with the Court's permission, the parties hereby agree and stipulate to continue the sentencing in this matter currently scheduled for September 7, 2017, at 9:30 a.m. to November 2, 2017 at 9:30 a.m.

IT IS SO STIPULATED.

DATED: September 6, 2017       BRIAN J. STRETCH
                               United States Attorney

                                     /s/
                               THOMAS GREEN
                               Assistant United States
                               Attorney

DATED: September 6, 2017

                                     /s/
                               RICHARD TAMOR
                               Counsel for Oliver Henderson

## [~~PROPOSED~~] ORDER

Based upon the above-described Stipulation,

THE COURT ORDERS THAT: The September 7, 2017 sentencing hearing is continued to and the parties shall appear before the Court on November 2, 2017, at 9:30 a.m. for sentencing.

IT IS SO ORDERED.

DATED: 9/6/17

HON. KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND ORDER CONTINUING SENTENCING HEARING 3
CR-M16-142 KAW